UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

JEAN MARIE TORRES-MONTOYA and
DENNIS WILLIAM MONTOYA,  Case No. 17-11823 ta7

Debtors.

## ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM STAY

THIS MATTER came before the Court on Plaintiff's Motion for Relief from Stay as to Permit State Court Litigation to Proceed to Judgment, filed on July 21, 2017, doc. 9 (the "Motion"), and the objection thereto, filed on August 24, 2017, doc. 32. For the reasons stated in the Opinion entered herewith, the Court finds that the Motion is not well taken and should be denied.

IT IS THEREFORE ORDERED that the Motion is denied.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: November 21, 2017

Copies to:

Michael K. Daniels
P.O. Box 1640
Albuquerque, NM 87103

William F. Davis
6709 Academy Rd. NE, Ste. A
Albuquerque, NM 87109

Joel A. Gaffney
6709 Academy Rd. NE, Ste. A
Albuquerque, NM 87109