# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 17-11823
**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 08/31/2020

**Trustee Name:** (510070) Edward Mazel
**Date Filed (f) or Converted (c):** 07/17/2017 (f)
**§ 341(a) Meeting Date:** 08/14/2017
**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br><br>Rio Rancho, New Mexico 720 Emerald Dr NE, Rio Rancho, NM 87124, Sandoval County<br>Single-family home, Land, Residence: Single Family Dwelling, Four Bedroom. Entire property value: $150,000.00 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | REAL PROPERTY<br><br>Lands of Maudie Depew Lot 3, Being the E/2 W/2 NE/4 SW/4 In Section 17, T8R9, 2.5 acres, NM Land, Property No. 1050046182183000000. Entire property value: $2,500.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br><br>2003 Toyota Tacoma, 250,00 miles,<br>Vehicle:. Entire property value: $3,415.00 | 3,415.00 | 0.00 | | 0.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES<br><br>2011 Chevy Cruz, 38,000 miles<br>Vehicle:. Entire property value: $7,973.00 | 7,973.00 | 0.00 | | 0.00 | FA |
| 5* | AUTOMOBILES AND OTHER VEHICLES<br><br>2010 To Prius, 120,000 miles<br>Vehicle:. Entire property value: $6,469.00 (See Footnote) | 6,469.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHING<br><br>sofa, coffee table, entertainment center, lamps, mirror, area rug, paintings<br>Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHING<br><br>Table, Chairs, Hutch, Glassware, paintings | 600.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHING<br><br>Kitchen Furnishings: kitchen table, chairs, linen, cabinet, linens, dishes, baker's rack | 600.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHING<br><br>stove, dishwasher, refrigerator, microwave | 600.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHING<br><br>Bedroom 1 Furnishings: bed, dresser, desk, chair, books, misc. items | 600.00 | 0.00 | | 0.00 | FA |
| 11 | HOUSEHOLD GOODS AND FURNISHING<br><br>Bedroom 2 Furnishings: bed, dresser, desk, chair, misc. items | 600.00 | 0.00 | | 0.00 | FA |
| 12 | HOUSEHOLD GOODS AND FURNISHING<br><br>Bedroom 3 Furnishings: bed, 2 dressers, television, costume jewelry and chair | 600.00 | 0.00 | | 0.00 | FA |

| Case No.: | 17-11823 | Trustee Name: | (510070) Edward Mazel |
| --- | --- | --- | --- |
| Case Name: | TORRES-MONTOYA, JEAN MARIE<br>MONTOYA, DENNIS WILLIAM | Date Filed (f) or Converted (c): | 07/17/2017 (f) |
| | | § 341(a) Meeting Date: | 08/14/2017 |
| For Period Ending: | 08/31/2020 | Claims Bar Date: | 03/19/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 13 | HOUSEHOLD GOODS AND FURNISHING<br>Furnishings: Bed, 2 Dressers, paintings, linens, jewelry, television | 600.00 | 0.00 | | 0.00 | FA |
| 14 | ELECTRONICS<br>Electronics: televisions Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 15 | ELECTRONICS<br>Dell Laptop | 600.00 | 0.00 | | 0.00 | FA |
| 16 | ELECTRONICS<br>Toshiba Laptop | 450.00 | 0.00 | | 0.00 | FA |
| 17 | COLLECTIBLES OF VALUE<br>Collectibles: China, Crystal, Stamp Collection Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 500.00 | 0.00 | | 0.00 | FA |
| 18 | EQUIPMENT FOR SPORTS AND HOBBIE<br>Clothes: Clothes Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | FURS AND JEWELRY<br>Jewelry: Watches, rings Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 20 | CASH ON HAND<br>Cash: Cash Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | BANK ACCOUNTS<br>Checking, Wells Fargo Bank | 250.00 | 0.00 | | 0.00 | FA |
| 22 | BANK ACCOUNTS<br>State Employees Credit Union Acct No. X7200 | 24.63 | 0.00 | | 0.00 | FA |
| 23 | BANK ACCOUNTS<br>Savings: Wells Fargo Bank | 75.00 | 0.00 | | 0.00 | FA |
| 24 | BANK ACCOUNTS<br>State Employees Credit Union Account No. X7190 | 150.97 | 0.00 | | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS<br>Stock: Walt Disney Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS<br>E-Trade Account | 67.74 | 0.00 | | 0.00 | FA |
| 27 | STOCK AND BUSINESS INTERESTS<br>Interest in Montoya Law Inc., 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 28 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 371.51 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 17-11823

**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 08/31/2020

**Trustee Name:** (510070) Edward Mazel

**Date Filed (f) or Converted (c):** 07/17/2017 (f)

**§ 341(a) Meeting Date:** 08/14/2017

**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 937.72 | 0.00 | | 0.00 | FA |
| 30 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 19,133.17 | 0.00 | | 0.00 | FA |
| 31 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Retirement: PERA-Dennis | 10,163.83 | 0.00 | | 0.00 | FA |
| 32 | PENSION PLANS AND PROFIT SHARING<br>IRA- E-Trade | 340.79 | 0.00 | | 0.00 | FA |
| 33 | PENSION PLANS AND PROFIT SHARING<br>Ret. or Pension Acct.: ERB - Dennis | 3,659.75 | 0.00 | | 0.00 | FA |
| 34 | INTERESTS IN INSURANCE POLICIES<br>Insurance: Farmers New World Life and accident | 1,000.00 | 0.00 | | 0.00 | FA |
| 35 | INTERESTS IN INSURANCE POLICIES<br>Insurance: Farmers New World Life and accident | 50.00 | 0.00 | | 0.00 | FA |
| 36 | INTERESTS IN INSURANCE POLICIES<br>Minnesota Life Ins | 500.00 | 0.00 | | 0.00 | FA |
| 37 | CLAIMS AGAINST THIRD PARITIES<br>Return of judgment that was vacated on appeal. D-1329-CV-2017-01310 | 7,000.00 | 0.00 | | 0.00 | FA |
| 38 | CLAIMS AGAINST THIRD PARTIES<br>FDCPA Violation 17CV00693 (US District Court for the District of New Mexico) | 1,000.00 | 0.00 | | 0.00 | FA |
| 39* | CLAIMS AGAINST THIRD PARTIES<br>Whistleblower Protection Act D-307-CV-2016-02009 (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 40 | CLAIMS AGAINST THIRD PARTIES<br>Possible Preference Recovery of 2007 Toyota Yaris | 3,000.00 | 0.00 | | 0.00 | FA |
| **40** | **Assets Totals (Excluding unknown values)** | **$229,183.11** | **$0.00** | | **$0.00** | **$0.00** |

RE PROP# 5     1.3.18 Subject of Stay Relief Mtn by Capital One Auto Finance, Doc. 67

RE PROP# 39    12.21.17 Hire Ttee attorney special counsel to pursue claim v. Dona Ana Co; hire A&M as general counsel
12.12.17 Dona Ana County attorney contacts TTEE re whistleblower suit and possible settlement; withdraw NDR and file report of assets since deferral deadline has passed long ago. TTEE to discuss matter with whistleblower attorneys.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 17-11823  
**Case Name:** TORRES-MONTOYA, JEAN MARIE  
MONTOYA, DENNIS WILLIAM  

**For Period Ending:** 08/31/2020

**Trustee Name:** (510070) Edward Mazel  
**Date Filed (f) or Converted (c):** 07/17/2017 (f)  
**§ 341(a) Meeting Date:** 08/14/2017  
**Claims Bar Date:** 03/19/2018

**Major Activities Affecting Case Closing:**

   8.7.20 checked with special counsel on strategy and state court litigation.
   7/2020 State court litigation proceedings and depositions taken of defendants
   7.14.20 TTEE electronic correspondence with counsel re: case status and strategy
   06.01.20 June 2020 depositions taken in state court
   5.23.20 Trustee followed up w/ SC
   4.30.20 SC filed request for trial setting
   4.25.20 Follow up w/special counsel re: status of state court lawsuit
   1.18.20 Follow up w/ special counsel re: status of state court lawsuit-not much development
   11.19.19 TTEE email to B. Duke for update
   10.21.19 TTEE followed up with special counsel on lit. against Dona Ana
   4.17.19  Received an email from special counsel "We are now scheduled for trial on November 13, 2019".
   7.30.18  Followup with Special Counsel on litigation against Dona Ana Co.
   1.10.18 App to employ Labinoti special counsel filed; NOD sent 1.11.18; DL Obj 2.5.18; 2/9/18 Order entered
   12.21.17 Hire Ttee attorney special counsel to pursue claim v. Dona Ana Co; hire A&M as general counsel
   12.12.17 Dona Ana County attorney contacts TTEE re whistleblower suit and possible settlement; withdraw NDR and file report of assets since deferral deadline has passed long ago.  TTEE to discuss matter with whistleblower attorneys.

**Initial Projected Date Of Final Report (TFR):** 06/28/2019     **Current Projected Date Of Final Report (TFR):** 12/31/2020

08/29/2020  
Date

/s/Edward Mazel  
Edward Mazel