**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

JEAN MARIE TORRES-MONTOYA          §    Case No. 17-11823-t7
DENNIS WILLIAM MONTOYA,            §
Debtor(s)                          §    Chapter 7
                                   §
                                   §

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/17/2017. The undersigned trustee was appointed on 07/17/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $          237,030.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 183,662.53 |
| Bank service fees | 1,317.68 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 52,049.79 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/19/2018 and the deadline for filing governmental claims was 03/19/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,101.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $15,101.50, for a total compensation of $15,101.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,434.85 for total expenses of $1,434.85[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/26/2023                    By: /s/ Edward Mazel
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 17-11823-t7

**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 04/26/2023

**Trustee Name:** (510070) Edward Mazel

**Date Filed (f) or Converted (c):** 07/17/2017 (f)

**§ 341(a) Meeting Date:** 08/14/2017

**Claims Bar Date:** 03/19/2018

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Ref. # | | | | | | |
| 1 | 720 Emerald Dr. NE, Rio Rancho, NM<br><br>Sandoval County, Single-family home, Land,<br>Residence: Single Family Dwelling, Four Bedroom.<br>Entire property value: $150,000.00 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lands of Maudie Depew<br><br>Lot 3, Being the E/2 W/2 NE/4 SW/4 In Section 17,<br>T8R9, 2.5 acres, NM<br>Land, Property No. 1050046182183000000. Entire<br>property value: $2,500.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2003 Toyota Tacoma<br><br>250,00 miles. Entire property value: $3,415.00 | 3,415.00 | 0.00 | | 0.00 | FA |
| 4 | 2011 Chevy Cruz<br><br>38,000 miles. Entire property value: $7,973.00 | 7,973.00 | 0.00 | | 0.00 | FA |
| 5* | 2010 Toyota Prius<br><br>120,000 miles. Entire property value: $6,469.00 (See<br>Footnote) | 6,469.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>sofa, coffee table, entertainment center, lamps, mirror,<br>area rug, paintings<br>Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Table, Chairs, Hutch, Glassware, paintings | 600.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Kitchen Furnishings: kitchen table, chairs, linen,<br>cabinet, linens, dishes, baker's rack | 600.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>stove, dishwasher, refrigerator, microwave | 600.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Bedroom 1 Furnishings: bed, dresser, desk, chair,<br>books, misc. items | 600.00 | 0.00 | | 0.00 | FA |
| 11 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Bedroom 2 Furnishings: bed, dresser, desk, chair,<br>misc. items | 600.00 | 0.00 | | 0.00 | FA |
| 12 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Bedroom 3 Furnishings: bed, 2 dressers, television,<br>costume jewelry and chair | 600.00 | 0.00 | | 0.00 | FA |
| 13 | HOUSEHOLD GOODS AND<br>FURNISHING<br><br>Furnishings: Bed, 2 Dressers, paintings, linens, jewelry,<br>television | 600.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

**Case No.:** 17-11823-t7

**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 04/26/2023

**Trustee Name:** (510070) Edward Mazel

**Date Filed (f) or Converted (c):** 07/17/2017 (f)

**§ 341(a) Meeting Date:** 08/14/2017

**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | ELECTRONICS<br>Electronics: televisions Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 15 | ELECTRONICS<br>Dell Laptop | 600.00 | 0.00 | | 0.00 | FA |
| 16 | ELECTRONICS<br>Toshiba Laptop | 450.00 | 0.00 | | 0.00 | FA |
| 17 | COLLECTIBLES OF VALUE<br>Collectibles: China, Crystal, Stamp Collection Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 500.00 | 0.00 | | 0.00 | FA |
| 18 | EQUIPMENT FOR SPORTS AND HOBBIE<br>Clothes: Clothes<br>Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | FURS AND JEWELRY<br>Jewelry: Watches, rings<br>Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 600.00 | 0.00 | | 0.00 | FA |
| 20 | CASH ON HAND<br>Cash: Cash Location: 720 Emerald Dr. NE, Rio Rancho NM 87124 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | BANK ACCOUNTS<br>Checking, Wells Fargo Bank | 250.00 | 0.00 | | 30.00 | FA |
| 22 | BANK ACCOUNTS<br>State Employees Credit Union Acct No. X7200 | 24.63 | 0.00 | | 0.00 | FA |
| 23 | BANK ACCOUNTS<br>Savings: Wells Fargo Bank | 75.00 | 0.00 | | 0.00 | FA |
| 24 | BANK ACCOUNTS<br>State Employees Credit Union Account No. X7190 | 150.97 | 0.00 | | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS<br>Stock: Walt Disney Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS<br>E-Trade Account | 67.74 | 0.00 | | 0.00 | FA |
| 27 | STOCK AND BUSINESS INTERESTS<br>Interest in Montoya Law Inc., 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 28 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 371.51 | 0.00 | | 0.00 | FA |
| 29 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 937.72 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 17-11823-t7

**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 04/26/2023

**Trustee Name:** (510070) Edward Mazel

**Date Filed (f) or Converted (c):** 07/17/2017 (f)

**§ 341(a) Meeting Date:** 08/14/2017

**Claims Bar Date:** 03/19/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 30 | PENSION PLANS AND PROFIT SHARING<br>Retirement: American Funds | 19,133.17 | 0.00 | | 0.00 | FA |
| 31 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Retirement: PERA-Dennis | 10,163.83 | 0.00 | | 0.00 | FA |
| 32 | PENSION PLANS AND PROFIT SHARING<br>IRA- E-Trade | 340.79 | 0.00 | | 0.00 | FA |
| 33 | PENSION PLANS AND PROFIT SHARING<br>Ret. or Pension Acct.: ERB - Dennis | 3,659.75 | 0.00 | | 0.00 | FA |
| 34 | INTERESTS IN INSURANCE POLICIES<br>Insurance: Farmers New World Life and accident | 1,000.00 | 0.00 | | 0.00 | FA |
| 35 | INTERESTS IN INSURANCE POLICIES<br>Insurance: Farmers New World Life and accident | 50.00 | 0.00 | | 0.00 | FA |
| 36 | INTERESTS IN INSURANCE POLICIES<br>Minnesota Life Ins | 500.00 | 0.00 | | 0.00 | FA |
| 37 | CLAIMS AGAINST THIRD PARITIES<br>Return of judgment that was vacated on appeal. D-1329-CV-2017-01310 | 7,000.00 | 0.00 | | 0.00 | FA |
| 38 | CLAIMS AGAINST THIRD PARTIES<br>FDCPA Violation 17CV00693 (US District Court for the District of New Mexico) | 1,000.00 | 0.00 | | 0.00 | FA |
| 39* | Claim Against Board of County Commissioners of Dona Ana County, and J. Brown<br>Whistleblower Protection Act. Complaint filed 8/26/2016 in Dona Ana County, Third Judicial District Court; Adv. No. D-307-CV-2016-02009 (See Footnote) | 0.00 | 0.00 | | 237,000.00 | FA |
| 40 | CLAIMS AGAINST THIRD PARTIES<br>Possible Preference Recovery of 2007 Toyota Yaris | 3,000.00 | 0.00 | | 0.00 | FA |
| **40** | **Assets Totals (Excluding unknown values)** | **$229,183.11** | **$0.00** | | **$237,030.00** | **$0.00** |

RE PROP# 5   1.3.18 Subject of Stay Relief Mtn by Capital One Auto Finance, Doc. 67

RE PROP# 39   3.9.22 Settlement reached for the total amount of $237K. Special counsel to receive contingent fee of $94,800.00 and costs totaling $6,461.00. TTEE and D. Montoya have agreed as follows: the BK estate would receive $77,869.50, Debtors to receive $57,869.50. Debtors do not claim an exemption related to the litigation.
12.21.17 Hire Ttee attorney special counsel to pursue claim v. Dona Ana Co; hire A&M as general counsel
12.12.17 Dona Ana County attorney contacts TTEE re whistleblower suit and possible settlement; withdraw NDR and file report of assets since deferral deadline has passed long ago. TTEE to discuss matter with whistleblower attorneys.

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 17-11823-t7

**Case Name:** TORRES-MONTOYA, JEAN MARIE
MONTOYA, DENNIS WILLIAM

**For Period Ending:** 04/26/2023

**Trustee Name:** (510070) Edward Mazel

**Date Filed (f) or Converted (c):** 07/17/2017 (f)

**§ 341(a) Meeting Date:** 08/14/2017

**Claims Bar Date:** 03/19/2018

**Major Activities Affecting Case Closing:**

1.30.2023  Past 60 days for reply on rqst prompt determination. Review claims distribution and submit TFR package to the UST.

1.3.23  Askew & White filed its first and final fee application and NOD.  Order entered 2/1/2023.  Check disbursed.

11.17.22  TTEE filed a fee application and NOD for the Accountant,  Steven W. Johnson, CPA LLC (under $1K).  Order entered 11/22/2022. Check disbursed 12/12/2022.

11.4.22   Mailed the estate tax returns for year ended 9/30/2022 by certified mail to the taxing authorities.

7.6.22  TTEE filed an application and NOD to employ Accountant, Steven W. Johnson CPA LLC, and the Motion to Pay Taxes when due.  Order entered 8/11/2022.

4.25.22  Withdrawal of Claim No. 11 filed by Bank of America.

4.19.22  Stipulated Order Disallowing Claim 5 by Dennis O'Brien.

4.8.22 TTEE filed an objection to Claim #10 in the amount of $41,119.48 by PNC Bank.

4.6.22  Default Order Granting Motion to Approve Compromise.

3.9.22  Mtn and NOD filed to Approve Settlement of State Court Litigation in the total amount of $237K. Special counsel to receive contingent fee of $94,800.00 and costs totaling $6,461.00.  TTEE and D. Montoya have agreed as follows:  the BK estate would receive $77,869.50, Debtors to receive $57,869.50.  Debtors do not claim an exemption related to the litigation.

2.21.22  Trial in State Court Litigation.

1.17.22  hearing on MTD continued to January 28, 2022.

7.9.21 Trial scheduled for Fall 2021

3.25.21 waiting for state court

 8.7.20 checked with special counsel on strategy and state court litigation.

7/2020 State court litigation proceedings and depositions taken of defendants

7.14.20 TTEE electronic correspondence with counsel re: case status and strategy

06.01.20 June 2020 depositions taken in state court

5.23.20 Trustee followed up w/ SC

4.30.20 SC filed request for trial setting

4.25.20 Follow up w/special counsel re: status of state court lawsuit

1.18.20 Follow up w/ special counsel re: status of state court lawsuit-not much development

11.19.19 TTEE email to B. Duke for update

10.21.19 TTEE followed up with special counsel on lit. against Dona Ana

4.17.19  Received an email from special counsel "We are now scheduled for trial on November 13, 2019".

7.30.18  Followup with Special Counsel on litigation against Dona Ana Co.

1.10.18 App to employ Labinoti special counsel filed; NOD sent 1.11.18; DL Obj 2.5.18; 2/9/18 Order entered

12.21.17 Hire Ttee attorney special counsel to pursue claim v. Dona Ana Co; hire A&M as general counsel

12.12.17 Dona Ana County attorney contacts TTEE re whistleblower suit and possible settlement; withdraw NDR and file report of assets since deferral deadline has passed long ago.  TTEE to discuss matter with whistleblower attorneys.

**Initial Projected Date Of Final Report (TFR):** 06/28/2019

**Current Projected Date Of Final Report (TFR):** 12/30/2022

04/26/2023
_____
Date

/s/Edward Mazel
_____
Edward Mazel

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-11823-t7 | **Trustee Name:** | Edward Mazel (510070) | |
| **Case Name:** | TORRES-MONTOYA, JEAN MARIE | **Bank Name:** | Metropolitan Commercial Bank | |
| | MONTOYA, DENNIS WILLIAM | **Account #:** | ******0053 Checking | |
| **Taxpayer ID #:** | **-***8639 | **Blanket Bond (per case limit):** | $6,638,000.00 | |
| **For Period Ending:** | 04/26/2023 | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/25/22 | | Law Office of Daniela Labinoti, PC | Settlement Proceeds (Doc. No. 94) | | 135,739.00 | | 135,739.00 |
| | {39} | | Settlement Proceeds Litigation wih Defendant, Board of County Commissioners of Dona Ana County $237,000.00 | 1129-000 | | | |
| | | Brett Duke, P.C. | Special Counsel Fees per Order No. 94 -$47,400.00 | 3210-600 | | | |
| | | Brett Duke, P.C. | Special Counsel Expenses per Order No. 94 -$609.00 | 3220-610 | | | |
| | | Law Office of Daniela Labinoti, PC | Special Counsel Fees per Order No. 94 -$47,400.00 | 3210-600 | | | |
| | | Law Office of Daniela Labinoti, PC | Special Counsel Expenses per Order No. 94 -$5,852.00 | 3220-610 | | | |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.75 | 135,717.25 |
| 05/03/22 | 101 | Dennis William Montoya and Jean Marie Torres-Montoya | Order approving settlement with D. Montoya (Order No. 94) | 3731-000 | | 57,869.50 | 77,847.75 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 163.89 | 77,683.86 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.98 | 77,546.88 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 120.14 | 77,426.74 |
| 08/12/22 | 102 | International Sureties, Ltd. | C7 Blanket Bond; Bond #016024923 | 2300-000 | | 58.84 | 77,367.90 |
| 08/19/22 | {21} | Wells Fargo Bank | Refund from WFB - Account Ending in 3669 | 1129-000 | 30.00 | | 77,397.90 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.49 | 77,261.41 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 123.82 | 77,137.59 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 119.50 | 77,018.09 |
| 11/03/22 | 103 | United States Treasury | Estate Tax Return Ending 9/30/2022; Dennis W. Montoya; TIN: 88-6300660; Order No. 106 | 2810-000 | | 6,281.00 | 70,737.09 |
| 11/03/22 | 104 | New Mexico Taxation & Revenue Dept. | Estate Tax Return Ending 9/30/2022; Dennis W. Montoya; TIN: 88-6300660; Order No. 106 | 2820-000 | | 2,141.00 | 68,596.09 |
| 11/03/22 | 105 | New Mexico Taxation & Revenue Dept. | Estate Tax Return Ending 9/30/2022; Jean M. Torres-Montoya; TIN: 35-7328639; Order No. 106 | 2820-000 | | 2,141.00 | 66,455.09 |
| 11/03/22 | 106 | United States Treasury | Estate Tax Return Ending 9/30/2022; Jean M. Torres-Montoya; TIN: 35-7328639; Order No. 106 | 2810-000 | | 6,281.00 | 60,174.09 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 126.87 | 60,047.22 |

Page Subtotals: $135,769.00 $75,721.78

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                         ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-11823-t7 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | TORRES-MONTOYA, JEAN MARIE | Bank Name: | Metropolitan Commercial Bank |
| | MONTOYA, DENNIS WILLIAM | Account #: | ******0053 Checking |
| Taxpayer ID #: | **-***8639 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 04/26/2023 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/22 | 107 | Steven W. Johnson, CPA, LLC | Order Granting First and Final Fee Application of Accountant for the Trustee (Doc. 108) | | | 812.34 | 59,234.88 |
| | | Steven W. Johnson, CPA, LLC | Order Granting First and Final Fee Application of Accountant for the Trustee (Doc. 108) $750.00 | 3410-000 | | | |
| | | Steven W. Johnson, CPA, LLC | Order Granting First and Final Fee Application of Accountant for the Trustee (Doc. 108) $62.34 | 3420-000 | | | |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 101.62 | 59,133.26 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 101.09 | 59,032.17 |
| 02/02/23 | 108 | Askew & White, LLC | Order Granting First and Final Fee Application (Doc. 111) | | | 6,816.85 | 52,215.32 |
| | | Askew & White, LLC | Order Granting First and Final Fee Application (Doc. 111) $6,080.50 | 3210-000 | | | |
| | | Askew & White, LLC | Order Granting First and Final Fee Application (Doc. 111) $736.35 | 3220-000 | | | |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 79.19 | 52,136.13 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 86.34 | 52,049.79 |

| | | | COLUMN TOTALS | | 135,769.00 | 83,719.21 | $52,049.79 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 135,769.00 | 83,719.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $135,769.00 | $83,719.21 | |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-11823-t7 |
| **Case Name:** | TORRES-MONTOYA, JEAN MARIE |
| | MONTOYA, DENNIS WILLIAM |
| **Taxpayer ID #:** | **-***8639 |
| **For Period Ending:** | 04/26/2023 |

| | |
|---|---|
| **Trustee Name:** | Edward Mazel (510070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0053 Checking |
| **Blanket Bond (per case limit):** | $6,638,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $135,769.00 |
| Plus Gross Adjustments: | $101,261.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $237,030.00 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******0053 Checking | $135,769.00 | $83,719.21 | $52,049.79 |
| | **$135,769.00** | **$83,719.21** | **$52,049.79** |

04/26/2023
Date

/s/Edward Mazel
Edward Mazel

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Capital One Auto Finance, a division of Capital On PO Box 60511 City Of Industry CA, CA 91716 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 12/15/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Doc. #88 | 04/29/2021 | Withdrawal of Claim # 2 Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A.. (Rawal, Arvind) | | | | | |
| | 1.3.18 CREDITOR FILED MTN TO LIFT STAY 1.17.18 CHANGE OF ADDRESS FOR NOTICE ONLY | | | | | |
| 5S | Dennis O'Brien O'Friel & Levy P.C. 644 Don Gaspar Ave Santa Fe, NM 87505 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 12/26/17 | | $7,000.00 $0.00 | $0.00 | $0.00 |
| | Stipulated Order Disallowing Claim 5d in its entirety. Filed 4/19/2022 (Doc. No. 97) | | | | | |
| 11 | BANK OF AMERICA, N.A. Bank of America P.O. Box 31785 Tampa, FL 33631-3785 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 02/05/18 | | $0.00 $0.00 | $0.00 | $0.00 |
| | 04/25/2022      Withdrawal of Claim # 11 Filed by Creditor Bank of America, N.A. | | | | | |
| A&W Exp | Askew & White, LLC 1122 Central Ave SW, Ste 1 Albuquerque, NM 87102 <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 02/01/23 | | $736.35 $736.35 | $736.35 | $0.00 |
| | Order Granting First and Final Fee Application of Askew & White, LLC (Doc. 111) | | | | | |
| A&W Fees | Askew & White, LLC 1122 Central Ave SW, Ste 1 Albuquerque, NM 87102 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 02/01/23 | | $6,080.50 $6,080.50 | $6,080.50 | $0.00 |
| | Order Granting First and Final Fee Application of Askew & White, LLC (Doc. 111) | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 <2300-000 Bond Payments> , 200 | Administrative 08/12/22 | | $0.00 $58.84 | $58.84 | $0.00 |
| CPA Exp | Steven W. Johnson, CPA, LLC 119 E. Marcy St, Suite 203 Santa Fe, NM 87501 <3420-000 Accountant for Trustee Expenses (Other Firm)> , 200 | Administrative 11/22/22 | | $62.34 $62.34 | $62.34 | $0.00 |
| | Order Granting First and Final Fee Application of Steven W. Johnson, CPA, LLC, Accountant for the Trustee (Doc. 108) | | | | | |
| CPA Fees | Steven W. Johnson, CPA, LLC 119 E. Marcy St, Suite 203 Santa Fe, NM 87501 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 11/22/22 | | $750.00 $750.00 | $750.00 | $0.00 |
| | Order Granting First and Final Fee Application of Steven W. Johnson, CPA, LLC, Accountant for the Trustee (Doc. 108) | | | | | |
| Dbtrs | Dennis William Montoya and Jean Marie Torres-Montoya P.O. BOX 15235 RIO RANCHO, NM 87174 <3731-000 Consultant for Trustee Fees> , 200 | Administrative 04/06/22 | | $57,869.50 $57,869.50 | $57,869.50 | $0.00 |
| | Per Order No. 94, settlement proceeds awarded to the Debtors from the litigation settlment of Adv. No. D-307-CV-2016-02009 against Board of County Commissioners of Dona Ana County. | | | | | |
| Duke Exp | Brett Duke, P.C. 4157 Rio Bravo El Paso, TX 79902 <3220-610 Special Counsel for Trustee Expenses> , 200 | Administrative 04/06/22 | | $609.00 $609.00 | $609.00 | $0.00 |
| | 2/9/2018 Order Granting Trustee's Application to Employ Special Litigation Counsel (Doc. No. 77). 4/6/2022 Order Granting Trustee's Motion to Approve Settlement of Pre-Petition Litigation (Doc. No. 94) | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Duke Fees | Brett Duke, P.C. Brett Duke, P.C. 4157 Rio Bravo El Paso, TX 79902 <3210-600 Special Counsel for Trustee Fees> , 200 | Administrative 04/06/22 | | $47,400.00 $47,400.00 | $47,400.00 | $0.00 |
| | 2/9/2018 Order Granting Trustee's Application to Employ Special Litigation Counsel (Doc. No. 77). 4/6/2022 Order Granting Trustee's Motion to Approve Settlement of Pre-Petition Litigation (Doc. No. 94) | | | | | |
| FEE | Edward Mazel PO Box 21151 Albuquerque, NM 87154 <2100-000 Trustee Compensation> , 200 | Administrative 08/19/22 | | $15,101.50 $15,101.50 | $0.00 | $15,101.50 |
| IRS | United States Treasury Department of Treasury Internal Revenue Service Center Ogden, UT 84201-0048 <2810-000 Income Taxes - Internal Revenue Service (post-petition)> , 200 | Administrative 11/03/22 | | $6,281.00 $6,281.00 | $6,281.00 | $0.00 |
| | Estate Tax Return for the Period Ending September 30, 2022 Jean Marie Torres-Montoya; TIN: 35-7328639; Order Granting Motion to Pay Admin Taxes (Doc. No. 106) | | | | | |
| IRS | United States Treasury Department of Treasury Internal Revenue Service Center Ogden, UT 84201-0048 <2810-000 Income Taxes - Internal Revenue Service (post-petition)> , 200 | Administrative 11/03/22 | | $6,281.00 $6,281.00 | $6,281.00 | $0.00 |
| | Estate Tax Return for the Period Ending September 30, 2022 Dennis William Montoya; TIN: 88-6300660; Order Granting Motion to Pay Admin Taxes (Doc. No. 106) | | | | | |
| Labinoti Exp | Law Office of Daniela Labinoti, PC, <3220-610 Special Counsel for Trustee Expenses> , 200 | Administrative 04/06/22 | | $5,852.00 $5,852.00 | $5,852.00 | $0.00 |
| | 2/9/2018 Order Granting Trustee's Application to Employ Special Litigation Counsel (Doc. No. 77). 4/6/2022 Order Granting Trustee's Motion to Approve Settlement of Pre-Petition Litigation (Doc. No. 94) | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Labinoti Fees | Law Office of Daniela Labinoti, PC<br>707 Myrtle Ave.<br>El Paso, TX 79901<br><3210-600 Special Counsel for Trustee Fees><br>, 200 | Administrative<br>04/06/22 | | $47,400.00<br>$47,400.00 | $47,400.00 | $0.00 |
| | 2/9/2018 Order Granting Trustee's Application to Employ Special Litigation Counsel (Doc. No. 77).<br>4/6/2022 Order Granting Trustee's Motion to Approve Settlement of Pre-Petition Litigation (Doc. No. 94) | | | | | |
| NM State | New Mexico Taxation & Revenue Dept.<br>P.O. Box 25127<br>Santa Fe, NM 87504-5127<br><2820-000 Other State or Local Taxes (post-petition)><br>, 200 | Administrative<br>11/03/22 | | $2,141.00<br>$2,141.00 | $2,141.00 | $0.00 |
| | Estate Tax Return for the Period Ending September 30, 2022<br>Jean Marie Torres-Montoya; TIN: 35-7328639; Order Granting Motion to Pay Admin Taxes (Doc. No. 106) | | | | | |
| NM State | New Mexico Taxation & Revenue Dept.<br>P.O. Box 25127<br>Santa Fe, NM 87504-5127<br><2820-000 Other State or Local Taxes (post-petition)><br>, 200 | Administrative<br>11/03/22 | | $2,141.00<br>$2,141.00 | $2,141.00 | $0.00 |
| | Estate Tax Return for the Period Ending September 30, 2022<br>Dennis William Montoya; TIN: 88-6300660; Order Granting Motion to Pay Admin Taxes (Doc. No. 106) | | | | | |
| TE | Edward Mazel<br>PO Box 21151<br>Albuquerque, NM 87154<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/26/23 | | $1,434.84<br>$1,434.85 | $0.00 | $1,434.85 |
| 6P | New Mexico Taxation & Revenue Department Priority<br>PO Box 8575<br>Albuquerque, NM 87198-8575<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | 12/28/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Amended claim filed by NMTRD on 4/13/2022, Claim Amount $0. | | | | | |
| 9P | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/05/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Amended claim filed by IRS on 4/8/2022. Claim Amount $0. | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent<br>PO Box 248866<br>Oklahoma City, OK 731248866<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/14/17 | | $403.95<br>$403.95 | $0.00 | $403.95 |
| 3 | Wells Fargo Bank, N.A. Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/21/17 | | $10,081.96<br>$10,081.96 | $0.00 | $10,081.96 |
| 4 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/26/17 | | $1,695.92<br>$1,695.92 | $0.00 | $1,695.92 |
| 5 | Dennis O'Brien O'Friel & Levy P.C.<br>644 Don Gaspar Ave<br>Santa Fe, NM 87505<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Stipulated Order Disallowing Claim 5d in its entirety. Filed 4/19/2022 (Doc. No. 97) | Unsecured<br>12/26/17 | | $576,000.00<br>$0.00 | $0.00 | $0.00 |
| 5U | Dennis O'Brien<br>O'Friel & Levy P.C.<br>644 Don Gaspar Ave<br>Santa Fe, NM 87505<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Stipulated Order Disallowing Claim 5d in its entirety. Filed 4/19/2022 (Doc. No. 97) | Unsecured<br>12/26/17 | | $569,000.00<br>$0.00 | $0.00 | $0.00 |
| 6 | New Mexico Taxation & Revenue Department<br>NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 871988575<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/28/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Analysis of Claims Register**

**Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA**

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6U | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/28/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Amended claim filed by NMTRD on 4/13/2022, Claim Amount $0. | | | | | |
| 7 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/29/17 | | $2,790.55<br>$2,790.55 | $0.00 | $2,790.55 |
| 8 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/29/17 | | $4,538.67<br>$4,538.67 | $0.00 | $4,538.67 |
| 9 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 191017317<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/05/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 9U | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/05/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Amended claim filed by IRS on 4/8/2022.  Claim Amount $0. | | | | | |
| 10 | PNC Bank, National Association<br>PNC Legal<br>Mail Stop: PT-PTWR-19-1, 300 Fifth Avenue<br>Pittsburgh, PA 15222<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/23/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | 04/08/2022    Objection to Claim 10 in the amount of $41,119.48 by Claimant PNC Bank, National Association Filed by Trustee.<br>05/10/2022    Withdrawal of Claim # 10 Filed by Creditor PNC Bank, National Association. | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083-0788 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/09/18 | | $189.04 $189.04 | $0.00 | $189.04 |
| 13 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/13/18 | | $348.20 $348.20 | $0.00 | $348.20 |
| 14 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/13/18 | | $632.03 $632.03 | $0.00 | $632.03 |
| 15 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/14/18 | | $671.00 $671.00 | $0.00 | $671.00 |
| 16 | CACH, LLC its successors and assigns as assignee of Bank of America, N.A. Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/14/18 | | $65,552.70 $65,552.70 | $0.00 | $65,552.70 |
| 17 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/14/18 | | $321.25 $321.25 | $0.00 | $321.25 |

# Exhibit C

## Analysis of Claims Register

### Case: 17-11823-t7 JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA

Claims Bar Date: 03/19/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/14/18 | | $1,328.05<br>$1,328.05 | $0.00 | $1,328.05 |
| 19 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/15/18 | | $918.51<br>$918.51 | $0.00 | $918.51 |
| 20 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/15/18 | | $627.18<br>$627.18 | $0.00 | $627.18 |
| 21 | Farmers Insurance Exchange<br>PO Box 2959<br>Shawnee Mission, KS 66201<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/16/18 | | $4,114.34<br>$4,114.34 | $0.00 | $4,114.34 |
| 22 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620 | Unsecured<br>04/25/19 | | $2,908.79<br>$2,908.79 | $0.00 | $2,908.79 |
| | | | **Case Total:** | **$183,662.53** | | **$113,658.49** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 17-11823-t7
Case Name: JEAN M. TORRES-MONTOYA AND DENNIS W. MONTOYA
Trustee Name: Edward Mazel

**Balance on hand:** $ _____ 52,049.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 11 | BANK OF AMERICA, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | Capital One Auto Finance, a division of Capital On | 0.00 | 0.00 | 0.00 | 0.00 |
| 5S | Dennis O'Brien | 7,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ _____ 0.00
Remaining balance: $ _____ 52,049.79

UST Form 101-7-TFR(5/1/2011)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Edward Mazel | 15,101.50 | 0.00 | 15,101.50 |
| Trustee, Expenses - Edward Mazel | 1,434.85 | 0.00 | 1,434.85 |
| Bond Payments - International Sureties, Ltd. | 58.84 | 58.84 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 6,281.00 | 6,281.00 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 6,281.00 | 6,281.00 | 0.00 |
| Other State or Local Taxes (post-petition) - New Mexico Taxation & Revenue Dept. | 2,141.00 | 2,141.00 | 0.00 |
| Other State or Local Taxes (post-petition) - New Mexico Taxation & Revenue Dept. | 2,141.00 | 2,141.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Askew & White, LLC | 6,080.50 | 6,080.50 | 0.00 |
| Special Counsel for Trustee Fees - Law Office of Daniela Labinoti, PC | 47,400.00 | 47,400.00 | 0.00 |
| Special Counsel for Trustee Fees - Brett Duke, P.C. | 47,400.00 | 47,400.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Askew & White, LLC | 736.35 | 736.35 | 0.00 |
| Special Counsel for Trustee Expenses - Law Office of Daniela Labinoti, PC | 5,852.00 | 5,852.00 | 0.00 |
| Special Counsel for Trustee Expenses - Brett Duke, P.C. | 609.00 | 609.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Steven W. Johnson, CPA, LLC | 750.00 | 750.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Steven W. Johnson, CPA, LLC | 62.34 | 62.34 | 0.00 |
| Consultant for Trustee Fees - Dennis William Montoya and Jean Marie Torres-Montoya | 57,869.50 | 57,869.50 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 16,536.35

Remaining balance: $ 35,513.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 35,513.44

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | New Mexico Taxation & Revenue Department | 0.00 | 0.00 | 0.00 |
| 9P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 35,513.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $94,213.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent | 403.95 | 0.00 | 152.28 |
| 3 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 10,081.96 | 0.00 | 3,800.37 |
| 4 | Discover Bank Discover Products Inc | 1,695.92 | 0.00 | 639.27 |
| 5 | Dennis O'Brien O'Friel & Levy P.C. | 0.00 | 0.00 | 0.00 |
| 5U | Dennis O'Brien | 0.00 | 0.00 | 0.00 |
| 6 | New Mexico Taxation & Revenue Department | 0.00 | 0.00 | 0.00 |
| 6U | New Mexico Taxation & Revenue Department | 0.00 | 0.00 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 2,790.55 | 0.00 | 1,051.89 |
| 8 | Capital One Bank (USA), N.A. | 4,538.67 | 0.00 | 1,710.84 |
| 9 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 9U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 10 | PNC Bank, National Association | 0.00 | 0.00 | 0.00 |
| 12 | Quantum3 Group LLC as agent for | 189.04 | 0.00 | 71.26 |
| 13 | Portfolio Recovery Associates, LLC | 348.20 | 0.00 | 131.25 |
| 14 | Portfolio Recovery Associates, LLC | 632.03 | 0.00 | 238.24 |
| 15 | Portfolio Recovery Associates, LLC | 671.00 | 0.00 | 252.93 |
| 16 | CACH, LLC its successors and assigns as assignee | 65,552.70 | 0.00 | 24,709.89 |
| 17 | Portfolio Recovery Associates, LLC | 321.25 | 0.00 | 121.09 |
| 18 | MERRICK BANK | 1,328.05 | 0.00 | 500.60 |
| 19 | PYOD, LLC its successors and assigns as assignee | 918.51 | 0.00 | 346.23 |
| 20 | PYOD, LLC its successors and assigns as assignee | 627.18 | 0.00 | 236.41 |
| 21 | Farmers Insurance Exchange | 4,114.34 | 0.00 | 1,550.89 |

Total to be paid for timely general unsecured claims: $ 35,513.44

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $2,908.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Capital One, N.A. | 2,908.79 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $   0.00

Remaining balance: $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00

Remaining balance: $   0.00