**IT IS ORDERED**

**Date Entered on Docket: July 14, 2023**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

JEAN MARIE TORRES-MONTOYA and  Case No. 17-11823-t7
DENNIS WILLIAM MONTOYA,  Chapter 7

    Debtors.

**ORDER APPROVING COURT COSTS**
**AND TRUSTEE'S COMMISSION AND EXPENSES**

The trustee of the above-captioned matter has filed a final report on June 13, 2023, in which the trustee has applied for compensation and expenses in the sum of $15,101.50 and $1,434.85, respectively. The foregoing expenses having been incurred in this proceeding as listed herein, the final report having been noticed to creditors on June 14, 2023, and no objections having been timely filed thereto, compliance having been made with Bankruptcy Rule 2002(a)(7) and the Court being otherwise fully advised in the premises.

IT IS ORDERED that the fees and expenses requested in the final report are approved and may be disbursed by the trustee.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the registry of the Bankruptcy Court pursuant to 11 USC Section 347(a) and Bankruptcy Rule 3011.

### END OF ORDER ###

Submitted by:

By: */s submitted electronically*
    Edward A. Mazel
    PO Box 21151
    Albuquerque, NM 87154
    505.228.6042
    505.672.7086 (fax)
    ed@lawmazel.com
*Chapter 7 Trustee*

*Approved June 13, 2023*
Office of U.S. Trustee
Jaime Pena, Trial Attorney
P.O. Box 608
Albuquerque, NM 87103
(505) 248-6544
(505) 248-6558 (fax)