# Notice Recipients

District/Off: 1084–1     User: admin     Date Created: 7/14/2023
Case: 17–11823–t7     Form ID: pdfor1     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
tr     Edward Alexander Mazel     trustee@lawmazel.com

TOTAL: 2